# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2451

———————————————

DERRICK EDWIN LYKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

July 29, 2026

PER CURIAM.

DISMISSED as moot. *See Miller v. State*, 79 So. 3d 209 (Fla. 1st DCA 2012).

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.